### ALLGOOD, AUDITOR, v. DWIGHT MFG. CO.

(Decided April 20, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State.　DORTCH, MARTIN & ALLEN, for appellee.

SOMERVILLE, J.—Affirmed on authority of *Allgood, Auditor, v. Sloss-S. S. & I. Co., infra,* 71 South. 724.

ANDERSON, C. J., and MAYFIELD and THOMAS, JJ., concur.